■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KUYUAR ROBERTSON, Appellant. [705 NYS2d 921] —Judgment unanimously affirmed (*see, People v Hidalgo*, 91 NY2d 733).

(Appeal from Judgment of Cayuga County Court, Contiguglia, J.—Promoting Prison Contraband, 1st Degree.) Present—Pigott, Jr., P. J., Wisner, Scudder and Lawton, JJ.